JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN ENCISO, as an individual and Trustee of the Donald E. Regan and Carmen Enciso Family Trust UDTA and as successor-in-interest to the Estate of Donald E. Regan,<br><br>     Plaintiff,<br><br>    v.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>     Defendant. | Case No. CV 21-9205-DMG (PVCx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order re the parties' Cross-Motions for Summary Judgment, filed February 6, 2024,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Jackson National Life Insurance Company and against Plaintiff Carmen Enciso.

DATED:  February 6, 2024

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE